IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| RYAN COURTNEY DECLUE, | ) | **4:24-cr-407-HEA/JMB** |
| | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nathan Chapman, Assistant United States Attorneys for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      The defendant is charged in Count I with an offense involving a minor victim, specifically Title 18, United States Code, Section 2422 (enticement of a minor).

2.      Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

1

3.     Pursuant to Title 18, United States Code, Section 3142(g), the nature of the allegations against the defendant, the weight of the evidence against the defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release additionally warrant the defendant's detention pending trial.

    a.  *Nature of Allegations:* The Defendant was a high school basketball coach who attempted to obtain nude photographs of 16-year-old Victim 1 and sent her a photograph of his genitals. The Defendant also attempted to send 12-year-old Victim 2 a photograph of his genitals.

    b.  *Weight of Evidence:* Both victims took screenshots of the messages and photographs the Defendant sent to them. In addition to Victim 1 and Victim 2, at least four additional victims came forward to report similar behavior by the Defendant.

    c.  *Defendant's History and Characteristics:* In St. Louis County, the Defendant is currently charged with two counts of sexual misconduct involving a child, two counts of harassment in the first degree, and two counts of furnishing pornographic material to a minor, case number 24SL-CR02094-01. He is currently out of custody on a $75,000 bond.

    d.  *Nature and Seriousness of the Danger:* The Defendant abused his position of trust within a school to solicit pornographic images of minors and send pornographic images of himself to minors.

2

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

NATHAN CHAPMAN, #60978MO
Assistant United States Attorney
Nathan.chapman@usdoj.gov
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200