UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24CR407 HEA |
| LEE ANTHONY BOGAN, JR., | ) ) ) |
| Defendant. | ) ) |

# ORDER

This matter is before the Court on the Reports and Recommendations of Magistrate Judge John M. Bodenhausen addressing Defendant's Motion to Dismiss the Indictment, or in the Alternative, to Obtain a Bill of Particulars, [Doc. No. 32]. In his December 19, 2024 Report and Recommendation, Judge Bodenhausen recommended that Defendant's Motion be denied in its entirety. No objections have been filed.

Judge Bodenhausen thoroughly analyzes the law and facts in this matter  His recommendation is based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Motion to Dismiss the Indictment, or in the Alternative, to Obtain a Bill of Particulars, [Doc. No. 32], is **DENIED**.

Dated this 23rd day of January, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE