RECEIVED

MAR 25 2026

BY MAIL

Dear Judge Autrey,

My name is Tameka Ford. I am LeeAnthony Bogan Jr.'s older sister. LeeAnthony is my baby brother with us being 6 years apart. I can attest to his character as kids but what really matters is his adulthood and the choices he has made as an individual young black man. My brother has become a person that I have looked up to. Not because he is actually really taller than me, but from what he has accomplished. He has excelled in his acedemics in achieving his degree in communication. He is very intelligent and knowledgeable. He has gone further in the sport of basketball, which he loves, than I did. And I applaued him for that. He has gone even further to coaching and mentoring kids in the sport of basketball. He has a big heart and truly cares for those who are without. God has given him great qualities. He has used these qualities to be that missing role model for some young men. He has been a perfect example of a person giving back to his community.

LeeAnthony is family oreinted. He loves his family so much. He helps in any way that he can. He shows up for us in any way that he can. He has also lost a lot during his time with this case. He lost his grandfather on his mothers' side who has had a great presence in his life and has been a great role model for him growing up. He has lost his grandmother on his fathers' side who was a great deal to him growing up. He has also lost other family members in a short amount of time. He is battling with anxiety and how to manage it. But like anyone, he has his moments when he is down and his moments when is as amazing as he can be.

He has gotten more involved in church and building his relationship with God. LeeAnthony is so musically talented with being self taught. He plays any instrument for church and leads the praise and worship. He helps the younger kids get more involved in roles for the church. He has never been afraid to lead. I look forward to seeing him every Sunday on stage leading the songs. I can see it in him that he has been working on bettering himself through all of this. He has even started leading bible study at the church. I truly admire all that he has accomplished in his life so far. God willing, he will accomplish more.

I believe LeeAnthony has fallen victim to the ways of the devil as many of us sometimes do. We know the devil takes form in any way that will distract us in taking our eyes off of God. We make mistakes and ask God for his forgiveness. We are sons and daughters of a forgiving God. I believe you are a man of God and believe the same. I beg of you not to make LeeAnthony another statistic. I beg of you to give LeeAnthony a second chance just as our God would. I beg of you to release LeeAnthony into the hands of his village that you have seen at every court date in support of him. I beg of you to allow LeeAnthony to be a father to his very young daughter and a spouse to his fiance`. Please allow them to grow with him in the household. Not many young black men who make one mistake get a second chance at being better in life. You can be the judge that does. LeeAnthony needs his family and we need him just as badly. Please let our counsel and our God be what LeeAnthony needs. He is surrounded with love and God's grace.

Sincerely,

Tameka Ford

TAMEKA FORD
10827 Charjean Dr
St. Ann, MO 63074

**RECEIVED**

MAR 25 2026

**BY MAIL**

SAINT LOUIS MO 630

23 MAR 2026PM 7 L



Attn: Judge Henry Edward Autrey
111 S. 10th Street
Suite 10. 148
St. Louis, MO 63102

63102-112599