RECEIVED

APR 09 2026

BY MAIL

Brenda Nelson
10008 Coburg Lands Dr
Bellefontaine, MO 63137
Phone: 314-258-9494 | Email: brendanelson238@gmail.com

March 23, 2026

The Honorable Judge Henry Autry
111 S. 10th Street, Suite 10-148
St. Louis, MO 63102

Dear Judge Autry,

I am writing in support of Lee Anthony Bogan Jr., whom I have known since he was a teenager. Over the years, I have also come to know his immediate family very well. Because of this long-standing relationship, I feel confident speaking to his character and the values he has consistently demonstrated throughout most of his life.

I understand the seriousness of the situation Lee is currently facing and do not minimize it. However, based on my personal experiences with him over many years, I believe this situation is out of character for the person I have known. He has always conducted himself as a thoughtful, dependable, and respectful individual.

One example that stands out to me involves my younger nephew. During a time when my nephew felt overlooked because his siblings were busy, Lee stepped in without being asked and became a positive, big-brother figure in his life. He consistently made time for him, offering support, guidance, and encouragement. His willingness to show up and be present demonstrated empathy, responsibility, and genuine care for others.

This experience reflects the character I have come to associate with Lee Anthony Bogan Jr.—someone who steps up when needed and shows concern through actions rather than words. I have seen him grow and mature over time, striving to do what is right and to be a positive influence on those around him.

Thank you for taking the time to consider my perspective based on long-term, firsthand experience. I respectfully ask that this letter be considered when evaluating Lee Anthony Bogan Jr.'s character.

Respectfully,

Brenda Nelson

RECEIVED

APR 09 2026

BY MAIL

Donella Dean

4874 Sacramento Ave

St. Louis, MO 63115

(314)406-0968

donnella_dean@yahoo.com

April 1, 2026


RE: LeeAnthony Bogan Jr.


To Whom It May Concern,

I am writing this letter to serve as a character witness for LeeAnthony Bogan Jr, whom I have known for the past 7 years, and I can tell you that he is a good person.

From what I've witness LeeAnthony is honest, hardworking, and responsible. Whenever someone needs help, he is always there, ready to lend a hand. I've seen him really dedicated to helping the youth in our community. He's worked with my son in basketball for over 3 years. LeeAnthony is a great role model for young boys.

In conclusion, I respectfully request that you take this letter into consideration when determining LeeAnthony's case. I believe that he is a person of integrity who made a mistake and deserves a chance to demonstrate his true character.


Sincerely,

Donella Dean

Case: 4:24-cr-00407-HEA    Doc. #: 80    Filed: 04/09/26    Page: 3 of 4 PageID #: 251

**RECEIVED**

APR 0 9 2026

**BY MAIL**

SAINT LOUIS MO  630

6 APR 2026   PM 9  L



The Honorable Judge Henry Autry
111 S. 10th Street, Ste 10-148
St. Louis, MO  63102

63102-112599

TAMEKA FORD
10027 Charjean Dr.
Saint Ann, MO 63074

**RECEIVED**

APR 09 2026

**BY MAIL**



SAINT LOUIS MO  630

7 APR 2026   PM 9   L

USA

Attn: Judge Autrey

111 S. 10th Street

Suite 10.148

St. Lous, MO 63102

63102-112599